An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PHILIP JOHN FORBES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
STEFANY MILEY, DISTRICT JUDGE,
Respondents,
and
DAVID H. HARRIS,
Real Party in Interest.

No. 68141

FILED

JUL 22 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original writ petition challenges a district court order denying a motion to dismiss for failure to timely serve process and granting a motion to enlarge the time in which to serve process.

Having considered petitioner's arguments, we are not persuaded that writ relief is warranted. NRS 34.160; NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). The record supports the district court's determination that the factors set forth in *Saavedra-Sandoval v. Wal-Mart Stores, Inc.*, 126 Nev. 592, 597, 245 P.3d 1198, 1201 (2010), and *Scrimer v. Eighth Judicial District Court*, 116 Nev. 507, 516, 998 P.2d 1190, 1195-96 (2000), weighed in favor of granting the untimely motion for an extension of the service deadline and denying petitioner's countermotion to dismiss. Therefore, the district court neither exceeded its jurisdiction nor arbitrarily or capriciously exercised its discretion in

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22236

rendering its decision. *Int'l Game Tech.*, 124 Nev. at 197, 179 P.3d at 558; *see Saavedra-Sandoval*, 126 Nev. at 595-96, 245 P.3d at 1200-01 (explaining that the good-cause determinations under NRCP 4(i) are within the district court's discretion). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Stefany Miley, District Judge
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Richard Harris Law Firm
Eighth District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A